UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANE NELSON and DIANE NELSON, INDIVIDUAL RETIREMENT ACCOUNT,<br><br>           Plaintiffs,<br><br>     v.<br><br>GOLDLINE INTERNATONAL, INC., a Delaware Corporation, and GOLDLINE, LLC, a Delaware Limited Liability Company<br><br>           Defendants. | 2:15-cv-00117-SAB<br><br>**ORDER OF DISMISSAL** |

    Plaintiffs filed a Federal Rule of Civil Procedure Rule 41(a) Notice of Voluntary Dismissal With Prejudice. ECF No. 3. Defendants have not filed an answer or a motion for summary judgment on the merits of the case. In accordance with Rule 41(a)(1), the above-captioned case is dismissed with prejudice and without costs to any party.

    Accordingly**, IT IS HEREBY ORDERED:**

    1. The above-captioned case is **dismissed** with prejudice and without costs to any party.

**ORDER OF DISMISSAL** ~ 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 14th day of July 2015.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** ~ 2